NEIL PEDERSEN, SBN 139262
npedersen@pedersenlaw.com
**PEDERSEN MCQUEEN**
A Professional Law Corporation
17910 Skypark Circle, Ste. 105
Irvine, California 92614
Phone (949) 260-1181
Fax (949) 260-1185

ARMOND M. JACKSON, SBN 281547
ajackson@jlaw-pc.com
**JACKSON LAW, APC**
2 Venture Plaza, Ste. 240
Irvine, California 92618
Phone (949) 281-6857
Fax (949) 777-6218

Attorneys for Plaintiff Taylor Scott


DANIEL E. GARDENSWARTZ [SBN 169749]
dgardenswartz@swsslaw.com
LEAH S. STRICKLAND [SBN 265724]
lstrickland@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant GINO MORENA ENTERPRISES, L.L.C.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR SCOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GINO MORENA ENTERPRISES, L.L.C., a California limited liability company; and DOES 1 to 50, inclusive,<br><br>　　　　Defendants. | Case No. 3:15-CV-00550-JLS-WVG<br><br>**JOINT MOTION TO DISMISS**<br><br>Judge:　Hon. Janis L. Sammartino<br>Crtrm.:　4A |

Plaintiff Taylor Scott ("Plaintiff") and Defendant Gino Morena Enterprises, LLC ("Defendant"), hereby jointly move this Court to dismiss this matter in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff and Defendant will each bear their own attorneys' fees and costs.

DATED:  October 1, 2018    SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /S/ DANIEL E. GARDENSWARTZ
DANIEL E. GARDENSWARTZ
LEAH S. STRICKLAND
Attorneys for Defendant GINO MORENA ENTERPRISES, L.L.C.

DATED:  October 1, 2018    JACKSON LAW, APC

By: /S/ ARMOND M. JACKSON
Armon M. Jackson
Attorneys for Plaintiff Taylor Scott

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Daniel E. Gardenswartz, counsel for Defendant Gino Morena Enterprises, LLC and that I have obtained counsel's authorization to affix his electronic signatures to this document.

DATED:  October 1, 2018    JACKSON LAW, APC

By: /S/ ARMOND M. JACKSON
Armon M. Jackson
Attorneys for Plaintiff Taylor Scott